

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00236-CV

**Silvia G. Sanchez and Isaias Sanchez**

**v.**

**Federal National Mortgage Association**

NO. 1056888 IN THE CO CIVIL CT AT LAW NO 1 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/03/2015 | E-PAID | ANT |
| CLK RECORD | $68.00 | 03/20/2015 | PAID | ANT |
| FILING | $175.00 | 03/17/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/17/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $273.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**